# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GARY MICHAEL GALLION, ) Case No. EDCV 16-1992-RSWL (JPR)
)
    Petitioner, )
) **J U D G M E N T**
    v. )
)
MICHAEL SEXTON, Warden, )
)
    Respondent. )
)

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 1/24/2018         s/ RONALD S.W. LEW
                                      RONALD S.W. LEW
                                      U.S. DISTRICT JUDGE